**TERRY FLY SPRAY COMPANY, a Corporation, Appellant, v. John B. ROSEFIELD, Doing Business as An-Fo Manufacturing Company, Appellee.**

No. 6266.

Circuit Court of Appeals, Ninth Circuit.

Oct. 6, 1930.

PER CURIAM.

Before WILBUR, Circuit Judge, and KERRIGAN, District Judge.

Pursuant to motion of appellee, ordered appeal dismissed for failure of appellant to file record and docket cause.

**TEXAS EMPLOYERS' INSURANCE ASSOCIATION, Appellant, v. Frank E. FERGUSON, Appellee.**

No. 5908.

Circuit Court of Appeals, Fifth Circuit.

Nov. 26, 1930.

Wm. M. Cramer, of Dallas, Tex. (Harry P. Lawther, of Dallas, Tex., on the brief), for appellant.

H. J. Yarborough, of Dallas, Tex. (White & Yarborough, of Dallas, Tex., on the brief), for appellee.

Before BRYAN and FOSTER, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The judgment is affirmed.

**UNITED STATES, Plaintiff-Appellee, v. Peter ANDERSON, alias Paul McKean, Defendant-Appellant.**

No. 118.

Circuit Court of Appeals, Second Circuit.

Oct. 17, 1930.

Louis Halle, of New York City (Milton R. Kroopf, of New York City, on the brief), for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, of Brooklyn, N. Y., and J. Bertram Wegman, Asst. U. S. Attys., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.

**UNITED STATES of America, Appellant, v. Edward William BOSMER, Appellee.**

No. 6191.

Circuit Court of Appeals, Ninth Circuit.

Oct. 6, 1930.

Before WILBUR, Circuit Judge, and KERRIGAN, District Judge.

PER CURIAM.

Pursuant to motion of appellant, ordered appeal dismissed.

**UNITED STATES of America, Appellant, v. Alvin B. COLE, Appellee.**

No. 6223.

Circuit Court of Appeals, Ninth Circuit.

Oct. 6, 1930.

Before WILBUR, Circuit Judge, and KERRIGAN, District Judge.

PER CURIAM.

Pursuant to motion of appellant, ordered appeal dismissed.